RECEIVED
MAR 1 1 2020
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 3:20-CR-34 |
| ) | |
| v.   ) | INDICTMENT |
| ) | T. 18 U.S.C. § 2 |
| KACHIMBE MUKANZU a/k/a "Kash," and ) | T. 18 U.S.C. § 1591(a)(1) |
| SIENA ELLEN CABBAGE  a/k/a "Nelly," ) | T. 18 U.S.C. § 1591(b)(1) |
| ) | T. 18 U.S.C. § 1594(c) |
| Defendants. ) | T. 18 U.S.C. § 1594(d) |
| ) | T. 18 U.S.C. § 1594(e) |
| ) | T. 18 U.S.C. § 1952(a)(3)(A) |
| ) | T. 21 U.S.C. § 841(a)(1) |
| ) | T. 21 U.S.C. § 859 |
| ) | T. 28 U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

## COUNT 1
**(Conspiracy to Engage in Sex Trafficking by Force, Fraud, and Coercion)**

From in or about February 2018 through in or about March 2018, in the Southern District of Iowa, the defendants, KACHIMBE MUKANZU a/k/a "Kash," and SIENA ELLEN CABBAGE a/k/a "Nelly," did knowingly conspire and agree with each other to, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means Victim 1, knowing and in reckless disregard of the fact, that means of force, threats of force, fraud, coercion, and a combination of these means would be used to cause Victim 1 to engage in a commercial sex act, in violation of 18 U.S.C. § 1591(a)(1) & (b)(1).

This is a violation of Title 18, United States Code, Section 1594(c).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2
**(Conspiracy to Engage in Sex Trafficking by Force, Fraud, and Coercion)**

From in or about March 2018 through in or about May 2018, in the Southern District of Iowa and elsewhere, the defendants, KACHIMBE MUKANZU a/k/a "Kash," and SIENA ELLEN CABBAGE a/k/a "Nelly," did knowingly conspire and agree with each other to, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means Victim 2, knowing and in reckless disregard of the fact, that means of force, threats of force, fraud, coercion, and a combination of these means would be used to cause Victim 2 to engage in a commercial sex act, in violation of 18 U.S.C. § 1591(a)(1) and 1591(b)(1).

This is a violation of Title 18, United States Code, Section 1594(c).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3
**(Sex Trafficking by Force, Fraud, and Coercion)**

From in or about March 2018 through in or about May 2018, in the Southern District of Iowa and elsewhere, the defendant, KACHIMBE MUKANZU a/k/a "Kash," did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain Victim 2, knowing and in reckless disregard of the fact, that means of force, threats of force, fraud, coercion, and a combination of these means would be used to cause Victim 2 to engage in a commercial sex act.

This is a violation of Title 18, United States Code, Section 1591(a)(1) and 1591(b)(1).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 4
### (Distribution to Person Under Age Twenty-One)

From in or about February 2018 through in or about March 2018, in the Southern District of Iowa, the defendant, KACHIMBE MUKANZU a/k/a "Kash," a person at least eighteen years of age, knowingly and intentionally distributed a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, and a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, to a person under twenty-one years of age (Victim 1).

This is a violation of Title 21, United States Code, Sections 841(a)(1) and 859.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 5
### (Distribution to Person Under Age Twenty-One)

From in or about March 2018 through in or about May 2018, in the Southern District of Iowa, the defendant, KACHIMBE MUKANZU a/k/a "Kash," a person at least eighteen years of age, knowingly and intentionally distributed a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, and a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, to a person under twenty-one years of age (Victim 2).

This is a violation of Title 21, United States Code, Sections 841(a)(1) and 859.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 6
### (Travel Act—Facilitate Prostitution)

From in or about March 2018, until in or about August 2018, in the Southern District of Iowa and elsewhere, the Defendants, KACHIMBE MUKANZU a/k/a "Kash," and SIENA ELLEN

CABBAGE a/k/a "Nelly," did knowingly use a facility of interstate and foreign commerce, namely a cellular telephone and the Internet, with the intent to promote, manage, establish or carry on an unlawful activity, that is, a prostitution offense, and thereafter performed an act to promote, manage, establish, and to facilitate the promotion, management, establishment and carrying on of such unlawful activity.

This is a violation of Title 18, United States Code, Sections 1952(a)(3)(A) and 2.

**THE GRAND JURY FINDS:**

<u>**NOTICE OF FORFEITURE**</u>

If the defendant, KACHIMBE MUKANZU a/k/a "Kash," is convicted of the offense alleged in either of Counts 1, 2, or 3 of this Indictment, the defendant shall forfeit to the United States his interest in the following property:

a. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense.

This is pursuant to Title 18, United States Code, Section 1594(d), 1594(e), and 28 U.S.C. § 2461(c).

**A TRUE BILL.**

                                                          FOREPERSON

Marc Krickbaum
United States Attorney

By: _____
Virginia M. Bruner
Melisa K. Zaehringer
Assistant United States Attorneys