RECEIVED
FEB 09 2021
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 3:20-CR-34 |
| ) | |
| ) | SECOND |
| v. ) | SUPERSEDING INDICTMENT |
| ) | T. 18 U.S.C. § 2 |
| ) | T. 18 U.S.C. § 922(g)(1) |
| KACHIMBE MUKANZU a/k/a "Kash," and ) | T. 18 U.S.C. § 924(a)(2) |
| SIENA ELLEN CABBAGE[1] a/k/a "Nelly," ) | T. 18 U.S.C. § 924(d) |
| ) | T. 18 U.S.C. § 1591(a)(1) |
| Defendants. ) | T. 18 U.S.C. § 1591(b)(1) |
| ) | T. 18 U.S.C. § 1594(c) |
| ) | T. 18 U.S.C. § 1594(d) |
| ) | T. 18 U.S.C. § 1594(e) |
| ) | T. 18 U.S.C. § 1952(a)(3)(A) |
| ) | T. 18 U.S.C. § 2421(a) |
| ) | T. 18 U.S.C. § 2422(a) |
| ) | T. 21 U.S.C. § 841(a)(1) |
| ) | T. 21 U.S.C. § 859 |
| ) | T. 28 U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

## COUNT 1
**(Conspiracy to Engage in Sex Trafficking by Force, Fraud, and Coercion)**

From in or about February 2018, through in or about March 2018, in the Southern District of Iowa, the defendants, KACHIMBE MUKANZU a/k/a "Kash," and SIENA ELLEN CABBAGE a/k/a "Nelly," did knowingly conspire and agree with each other to, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means Victim 1, knowing and in reckless disregard of the fact, that means of force, threats of force, fraud, coercion, and a

---

[1] Siena Cabbage has entered a guilty plea to the Superseding Indictment, filed September 9, 2020.

1

combination of these means would be used to cause Victim 1 to engage in a commercial sex act, in violation of 18 U.S.C. § 1591(a)(1) & (b)(1).

This is a violation of Title 18, United States Code, Section 1594(c).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2
**(Conspiracy to Engage in Sex Trafficking by Force, Fraud, and Coercion)**

From in or about March 2018, through in or about May 2018, in the Southern District of Iowa and elsewhere, the defendants, KACHIMBE MUKANZU a/k/a "Kash," and SIENA ELLEN CABBAGE a/k/a "Nelly," did knowingly conspire and agree with each other to, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means Victim 2, knowing and in reckless disregard of the fact, that means of force, threats of force, fraud, coercion, and a combination of these means would be used to cause Victim 2 to engage in a commercial sex act, in violation of 18 U.S.C. § 1591(a)(1) and 1591(b)(1).

This is a violation of Title 18, United States Code, Section 1594(c).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3
**(Sex Trafficking by Force, Fraud, and Coercion)**

From in or about March 2018, through in or about May 2018, in the Southern District of Iowa and elsewhere, the defendant, KACHIMBE MUKANZU a/k/a "Kash," did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain Victim 2, knowing and in reckless disregard

of the fact, that means of force, threats of force, fraud, coercion, and a combination of these means would be used to cause Victim 2 to engage in a commercial sex act.

This is a violation of Title 18, United States Code, Section 1591(a)(1) and 1591(b)(1).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 4
### (Distribution to Person Under Age Twenty-One)

From in or about February 2018, through in or about March 2018, in the Southern District of Iowa, the defendant, KACHIMBE MUKANZU a/k/a "Kash," a person at least eighteen years of age, knowingly and intentionally distributed a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, and a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, to a person under twenty-one years of age (Victim 1).

This is a violation of Title 21, United States Code, Sections 841(a)(1) and 859.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 5
### (Distribution to Person Under Age Twenty-One)

From in or about March 2018, through in or about May 2018, in the Southern District of Iowa, the defendant, KACHIMBE MUKANZU a/k/a "Kash," a person at least eighteen years of age, knowingly and intentionally distributed a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, and a mixture and substance containing a detectable amount of cocaine, a

Schedule II controlled substance, to a person under twenty-one years of age (Victim 2).

This is a violation of Title 21, United States Code, Sections 841(a)(1) and 859.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 6
### (Travel Act—Facilitate Prostitution)

From in or about October 2017, until in or about August 2018, in the Southern District of Iowa and elsewhere, the defendants, KACHIMBE MUKANZU a/k/a "Kash," and SIENA ELLEN CABBAGE a/k/a "Nelly," did knowingly use a facility of interstate and foreign commerce, namely a cellular telephone and the Internet, with the intent to promote, manage, establish or carry on an unlawful activity, that is, a prostitution offense, and thereafter performed an act to promote, manage, establish, and to facilitate the promotion, management, establishment and carrying on of such unlawful activity.

This is a violation of Title 18, United States Code, Sections 1952(a)(3)(A) and 2.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 7
### (Felon in Possession of a Firearm)

On or about March 31, 2018, in the Southern District of Iowa, the defendant, KACHIMBE MUKANZU a/k/a "Kash," in and affecting commerce, knowingly possessed a firearm, namely: a Glock, model 36, .45 caliber pistol, with serial number GBG666. At the time of the offense, the defendant knew he had been convicted of a

crime punishable by imprisonment for a term exceeding one year.

This is a violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 8**</u>
**(Felon in Possession of a Firearm)**

On or about June 30, 2018, in the Southern District of Iowa, the defendant, KACHIMBE MUKANZU a/k/a "Kash," in and affecting commerce, knowingly possessed a firearm, namely: a Springfield, model XD, nine-millimeter pistol, with serial number GM471002. At the time of the offense, the defendant knew he had been convicted of a crime punishable by imprisonment for a term exceeding one year.

This is a violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 9**</u>
**(Felon in Possession of a Firearm)**

On or about July 20, 2018, in the Southern District of Iowa, the defendant, KACHIMBE MUKANZU a/k/a "Kash," in and affecting commerce, knowingly possessed a firearm, namely: a Springfield, model XD, nine-millimeter pistol, with serial number GM471002. At the time of the offense, the defendant knew he had been convicted of a crime punishable by imprisonment for a term exceeding one year.

This is a violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 10
### (Transportation for the Purpose of Prostitution)

On or about July 17, 2018, through on or about July 23, 2018, in the Southern District of Iowa and elsewhere, the defendants, KACHIMBE MUKANZU a/k/a "Kash," and SIENA ELLEN CABBAGE a/k/a "Nelly," did knowingly transport adult females, including Victim 2 and CABBAGE, in interstate commerce, that is, from the State of Illinois to the State of Iowa, to engage in prostitution and any sexual activity for which any person can be charged with a criminal offense.

This is a violation of Title 18, United States Code, Section 2421(a).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 11
### (Transportation for the Purpose of Prostitution Through Coercion and Enticement)

On or about July 17, 2018, through on or about July 23, 2018, in the Southern District of Iowa and elsewhere, the defendants, KACHIMBE MUKANZU a/k/a "Kash," and SIENA ELLEN CABBAGE a/k/a "Nelly," did knowingly persuade, induce, entice, and coerce adult females, including Victim 2 and CABBAGE, to travel in interstate commerce, specifically, from the State of Illinois to the State of Iowa, to engage in prostitution and any sexual activity for which any person can be charged with a criminal offense.

This is a violation of Title 18, United States Code, Section 2422(a).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 12**</u>
**(Transportation for the Purpose of Prostitution)**

On or about July 26, 2018, through on or about July 30, 2018, in the Southern District of Iowa and elsewhere, the defendants, KACHIMBE MUKANZU a/k/a "Kash," and SIENA ELLEN CABBAGE a/k/a "Nelly," did knowingly transport adult females, including Victim 2 and CABBAGE, in interstate commerce, that is, from the State of Iowa to the State of Illinois, to engage in prostitution and any sexual activity for which any person can be charged with a criminal offense.

This is a violation of Title 18, United States Code, Section 2421(a).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 13**</u>
**(Transportation for the Purpose of Prostitution Through Coercion and Enticement)**

On or about July 26, 2018, through on or about July 30, 2018, in the Southern District of Iowa and elsewhere, the defendants, KACHIMBE MUKANZU a/k/a "Kash," and SIENA ELLEN CABBAGE a/k/a "Nelly," did knowingly persuade, induce, entice, and coerce adult females, including Victim 2 and CABBAGE, to travel in interstate commerce, specifically, from the State of Iowa to the State of Illinois, to engage in prostitution and any sexual activity for which any person can be charged with a criminal offense.

This is a violation of Title 18, United States Code, Section 2422(a).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 14
### (Sex Trafficking by Force, Fraud, and Coercion)

From in or about March 2017, through in or about August 2018, in the Southern District of Iowa and elsewhere, the defendant, KACHIMBE MUKANZU a/k/a "Kash," did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain Victim 3, knowing and in reckless disregard of the fact, that means of force, threats of force, fraud, coercion, and a combination of these means would be used to cause Victim 3 to engage in a commercial sex act.

This is a violation of Title 18, United States Code, Section 1591(a)(1) and 1591(b)(1).

**THE GRAND JURY FINDS:**

## NOTICE OF FORFEITURE

If the defendant, KACHIMBE MUKANZU a/k/a "Kash," is convicted of the offense alleged in either of Counts 1, 2, 3, or 14 of this Superseding Indictment, the defendant shall forfeit to the United States his interest in the following property:

a. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense.

This is pursuant to Title 18, United States Code, Section 1594(d), 1594(e), and 28 United States Code, Section 2461(c).

**THE GRAND JURY FURTHER FINDS:**

**<u>NOTICE OF FORFEITURE</u>**

Upon conviction for the offenses alleged in Counts 7, 8, and 9 of this Superseding Indictment, the defendant, KACHIMBE MUKANZU a/k/a "Kash," shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms, magazines, and ammunition involved in the commission of said offenses, including, but not limited to, the firearm identified in Counts 7, 8, and 9 of this Superseding Indictment.

This is pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

**A TRUE BILL.**

                                                                                                        _____
                                                                                                        FOREPERSON

Richard D. Westphal
Acting United States Attorney

By: _____
Virginia M. Bruner
Melisa K. Zaehringer
Assistant United States Attorneys